Argued April 24, reversed and remanded June 27, reconsideration denied August 30, review denied September 26, 1978, 284 Or 1

PETER WAYNE HILL, *Petitioner,*

*v.*

STATE BOARD OF PAROLE, *Respondent.*

(CA 9790)

579 P2d 1310

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded. *Erickson v. Board of Parole,* 34 Or App 323, 578 P2d 499 (1978).